**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| LINDA BEDELL *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE HECKLER *et al.*,<br><br>Defendants. |

**Civil Action No. 2:20-cv-03804-WB**

## STIPULATION OF JUDGMENT OF DEFENDANT GEORGE HECKLER

Plaintiffs Linda Bedell, the Linda Bedell Individual Retirement Account, Landon Bedell, Keaton Bedell, and Inner Design, Inc. Profit Sharing Plan (the "Plaintiffs") and Defendant George Heckler (the "Defendant") (together, the "Parties") hereby agree to entry by this Court of this Stipulation of Judgment.  The Parties hereby stipulate to the following:

1.      On October 26, 2020, the Parties filed a Stipulation of Liability on Counts I, II, and VII of the Amended Complaint filed in this action (ECF 18);

2.      The Parties have calculated the proper amount of damages for Defendant's liability on Counts I, II, and VII of the Amended Complaint filed in this action; and,

3.      The Parties stipulate to entry of judgment in the amount of $26,155,015.14 against Defendant on Counts I, II, and VII of the Amended Complaint filed in this action.

2

 _/s/ Ira Neil Richards_                 _/s/ Lawrence G. McMichael_

David Smith (Pa. ID No. 21480)             Lawrence G. McMichael (Pa. ID No. 28550)

Ira Neil Richards (Pa. ID No. 50879)       DILWORTH PAXSON LLP

Daniel P. Lawn (Pa. ID No. 326114)       1500 Market Street, Suite 3500E

SCHNADER HARRISON SEGAL & LEWIS LLP   Philadelphia, PA 19102

1600 Market Street, Suite 3600             Telephone: (215) 557-7268

Philadelphia, PA 19103                   lmcmichael@dilworthlaw.com


William C. Nystrom (_pro hac vice_ pending)    _Counsel for Defendant_

Dana A. Zakarian (_pro hac vice_ pending)

Nina S. Hirsch (_pro hac vice_ pending)

NYSTROM BECKMAN & PARIS LLP

One Marina Park Drive, 15th Floor

Boston, MA 02210


_Counsel for Plaintiffs_


                                 ORDERED AND APPROVED:

                                 /s/Wendy Beetlestone, J.

                                 _____

                                 WENDY BEETLESTONE

                                 U.S. DISTRICT COURT JUDGE


Dated:  November 30, 2020

PHDATA 7569991_1