# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA BEDELL, THE LINDA BEDELL INDIVIDUAL RETIREMENT ACCOUNT, LANDON BEDELL, KEATON BEDELL AND INNER DESIGN PROFIT SHARING PLAN,** <br>               Plaintiff, <br><br> v. <br><br> **GEORGE HECKLER, MARK S CARROW, CASSATT SHORT TERM TRADING FUND, LP, CV SPECIAL OPPORTUNITY FUND, LP, CITRIN COOPERMAN & COMPANY, LLP, TOPWATER INVESTMENT MANAGEMENT, LLCD AND GREEN MOUNTAIN FUND, LLC,** <br>               Defendants. | **CIVIL ACTION** <br><br><br><br> **NO. 20-3804** |

# O R D E R

**AND NOW**, this 22nd day of January, 2021, upon consideration of Defendant Citrin Cooperman & Company, LLP's Motion to Compel Arbitration and Stay Proceedings Pursuant to 9 U.S.C. § 3 (ECF 15), Plaintiffs' response thereto (ECF 23), and Defendant's reply (ECF 24),

**IT IS HEREBY ORDERED** that:

1. The Motion to Compel is **GRANTED.**

2. All proceedings are **STAYED** pending the completion of arbitration.

3. Defendant Citrin Cooperman's Motion to Dismiss (ECF 16) is **DENIED WITHOUT PREJUDICE**, with leave to refile on completion of arbitration.

                                              **BY THE COURT:**

                                              **/s/Wendy Beetlestone, J.**

                                              **WENDY BEETLESTONE, J.**