UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BEDELL, THE LINDA BEDELL INDIVIDUAL RETIREMENT ACCOUNT, LANDON BEDELL, KEATON BEDELL, and INNER DESIGN, INC. PROFIT SHARING PLAN,<br><br>    Plaintiffs,<br>  v.<br><br>GEORGE HECKLER, MARK S. CARROW, CASSATT SHORT TERM TRADING FUND LP, CV SPECIAL OPPORTUNITIES FUND, LP, CITRIN COOPERMAN & COMPANY, LLP, TOPWATER INVESTMENT MANAGEMENT LLC, and GREEN MOUNTAIN FUND, LLC,<br><br>    Defendants. | Civil Action No.: 2:20-cv-3804-WB |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiffs Linda Bedell, the Linda Bedell Individual Retirement Account, Landon Bedell, Keaton Bedell, Inner Design, Inc. Profit Sharing Plan, and Defendant Citrin Cooperman & Company, LLP that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants Citrin Cooperman & Company LLP and Mark S. Carrow pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and attorneys' fees.

1

| | |
|---|---|
| *Joseph C. Crawford* | *Ira Neil Richards* |
| Joseph C. Crawford (Pa. ID No. 30844) | David Smith (Pa. ID No. 21480) |
| HANGLEY ARONCHICK SEGAL | Ira Neil Richards (Pa. ID No. 50879) |
| PUDLIN & SCHILLER | Daniel P. Lawn (Pa. ID No. 326114) |
| One Logan Square, 27th Floor | SCHNADER HARRISON SEGAL & LEWIS LLP |
| Philadelphia, PA 19103 | 1600 Market Street, Suite 3600 |
| | Philadelphia, PA 19103 |
| Bruce R. Braun (admitted *pro hac vice*) | William C. Nystrom (*pro hac vice* pending) |
| Karim Basaria (admitted *pro hac vice*) | Nina S. Hirsch (*pro hac vice* pending) |
| SIDLEY AUSTIN LLP | NYSTROM BECKMAN & PARIS LLP |
| One South Dearborn | One Marina Park Drive, 15th Floor |
| Chicago, IL 60603 | Boston, MA 02210 |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |
| *Citrin Cooperman & Co., LLP* | |

ORDERED AND APPROVED:

/s/ Wendy Beetlestone, J.

_____
WENDY BEETLESTONE
U.S. DISTRICT COURT JUDGE

        September 16, 2021
Dated: _____