UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BEDELL, THE LINDA BEDELL INDIVIDUAL RETIREMENT ACCOUNT, LANDON BEDELL, KEATON BEDELL, and INNER DESIGN, INC. PROFIT SHARING PLAN, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | :    Civil Action No.: 2:20-cv-3804-WB |
| v. | : |
| GEORGE HECKLER, MARK S. CARROW, CASSATT SHORT TERM TRADING FUND LP, CV SPECIAL OPPORTUNITIES FUND, LP, CITRIN COOPERMAN & COMPANY, LLP, TOPWATER INVESTMENT MANAGEMENT LLC, and GREEN MOUNTAIN FUND, LLC, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**PLAINTIFFS' RESPONSE TO DEFENDANTS TOPWATER INVESTMENT MANAGEMENT LLC AND GREEN MOUNTAIN EXCLUSIVE FUND, LLC'S <u>MOTION TO SET ASIDE DEFAULTS</u>**

Plaintiffs Linda Bedell, the Linda Bedell Individual Retirement Account, Landon Bedell, Keaton Bedell, and Inner Design, Inc. Profit Sharing Plan ("Plaintiffs") were duly served with Defendants Topwater Investment Management LLC and Green Mountain Exclusive Fund, LLC's ("Defendants") Motion to Set Aside Defaults (the "Motion"), filed with this Court on December 28, 2021.  Plaintiffs hereby state that they take no position on Defendants' Motion.

.

/s/ Ira Neil Richards
David Smith (Pa. ID No. 21480)
Ira Neil Richards (Pa. ID No. 50879)
Daniel P. Lawn (Pa. ID No. 326114)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2000
dsmith@schnader.com
irichards@schnader.com
dlawn@schnader.com

William C. Nystrom (*admitted pro hac vice*)
Nina S. Hirsch (*admitted pro hac vice*)
NYSTROM BECKMAN & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, MA 02210

*Counsel for Plaintiffs*

Dated:  January 12, 2022