IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Linda Bedell, et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| George Heckler, et. al. | : | No.: 2:20-cv-3804-WB |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Raquel Frisardi_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-3804-WB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Raquel Frisardi** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Massachusetts | 11/27/12 | 685570 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____

(Applicant's Signature) Digitally signed by Raquel Frisardi Date: 2022.06.27 10:27:12 -04'00'

06/27/2022
(Date)

Name of Applicant's Firm: Nystrom Beckman & Paris, LLP
Address: One Marina Park Drive, 15th Fl.
Telephone Number: 617-778-9100
Email Address: rfrisardi@nbparis.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/27/2022
(Date)

(Applicant's Signature) Digitally signed by Raquel Frisardi Date: 2022.06.27 10:28:15 -04'00'

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Raquel Frisardi  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ira Neil Richards | Ira Neil Richards (Digitally signed) | 3/17/1988 | 50879 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schnader Harrison Segal & Lewis LLP

1600 Market Street, Suite 3600, Philadelphia, PA 19103

215-751-2503

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/06/2022                          Ira Neil Richards (Digitally signed)
             (Date)                              (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Linda Bedell, et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| George Heckler, et. al. | : | No.: 2:20-cv-3804-WB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Raquel Frisardi**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

electronically through the ECF system to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to all other non-registered parties.

Ira Neil Richards
_Digitally signed by: Ira Neil Richards_
_DN: CN = Ira Neil Richards, email = irichards@schnader.com, C = AD_
_Date: 2022.07.06 09:11:31 -04'00'_
_____
(Signature of Attorney)

**Ira Neil Richards**
_____
(Name of Attorney)

**Plaintiffs**
_____
(Name of Moving Party)

**07/06/2022**
_____
(Date)