IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA BEDELL, THE LINDA BEDELL INDIVIDUAL RETIREMENT ACCOUNT, LANDON BEDELL, KEATON BEDELL AND INNER DESIGN PROFIT SHARING PLAN,** | **CIVIL ACTION** |
| Plaintiff, | NO. 20-3804 |
| v. | |
| **GEORGE HECKLER, MARK S CARROW, CASSATT SHORT TERM TRADING FUND, LP, CV SPECIAL OPPORTUNITY FUND, LP, CITRIN COOPERMAN & COMPANY, LLP, TOPWATER INVESTMENT MANAGEMENT, LLCD AND GREEN MOUNTAIN FUND, LLC,** | |
| Defendants. | |

# O R D E R

**AND NOW**, this 7th day of July, 2022, it is HEREBY ORDERED that the application of Raquel Frisardi, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**
