IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BEDELL, THE LINDA BEDELL INDIVIDUAL RETIREMENT ACCOUNT, LANDON BEDELL, KEATON BEDELL AND INNER DESIGN PROFIT SHARING PLAN,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CV SPECIAL OPPORTUNITY FUND, LP,<br>　　　　　　Defendant. | CIVIL ACTION<br><br>NO.  20-3804 |

**ORDER**

**AND NOW**, this 10th day of August, 2023, upon consideration of Plaintiffs' Motion for Default Judgment against Defendant CV Special Opportunity Fund, LP ("CVSOP") (ECF Nos. 97, 101), **IT IS HEREBY ORDERED** that said Motion is **DENIED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**

1